1072

W. H. Fisher, U. S. Atty., of Clinton, N. C., and Willis G. Briggs, Asst. U. S. Atty., of Raleigh, N. C.

PER CURIAM.

Case dismissed under Rule 20 per agreement of counsel.

Before RUDKIN, WILBUR, and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

---

## CLEVELAND MACHINE & MFG. CO. v. COMMISSIONER OF INTERNAL REVENUE.
### No. 5565.

Circuit Court of Appeals, Sixth Circuit.
Nov. 7, 1930.

Luther Day and Orville Smith, both of Cleveland, Ohio, and Harry J. Gerrity, of Washington, D. C., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Dismissed by court order pursuant to stipulation of counsel.

---

## Daniel F. COUGHLIN v. UNITED STATES of America.
### No. 5774.

Circuit Court of Appeals, Sixth Circuit.
Feb. 9, 1931.

Miles E. Evans and Ben H. Zwick, both of Cleveland, Ohio, for appellant.

Lee N. Murlin, Asst. U. S. Atty., of Toledo, Ohio.

PER CURIAM.

Dismissed by court order, for failure to comply with Rule 20.

---

## CONCRETE MIXING & CONVEYING COMPANY, a Corporation, Appellant, v. GREAT WESTERN POWER COMPANY OF CALIFORNIA, a Corporation, Appellee.
### No. 5585.

Circuit Court of Appeals, Ninth Circuit.
March 25, 1931.

For opinion below, see 46 F.(2d) 331.

Williams, Bradbury, McCaleb & Hinkle, of Chicago, Ill., and Chas. M. Fryer, of San Francisco, Cal., for appellant.

Charles E. Townsend, of San Francisco, Cal., for appellee.

---

## Thomas E. COYNE v. ERIE RAILROAD COMPANY.
### No. 5597.

Circuit Court of Appeals, Sixth Circuit.
Dec. 3, 1930.

Bernsteen & Bernsteen, of Cleveland, Ohio, for appellant.

Cook, McGowan, Foote, Bushuell & Burgess, of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed by court order.